UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DENNIE ROBERT DAVIS and KATHERINE DAVIS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ATLANTIC RECOVERY SOLUTIONS LLC, et al**<br>       **Defendants.** | **CASE NO. 2:15-CV-10119-NGE-DRG**<br>**Hon. Nancy G. Edmunds** |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having been amicably resolved between the parties and the Court being fully advised;

**IT IS HEREBY ORDERED** that the above entitled cause of action is dismissed in its entirety as to all Defendants, with prejudice and without costs to any party.

The Court retains jurisdiction only for the purposes of enforcing the settlement in this matter. This Order resolves all pending claims and closes the case.

Dated: July 9, 2015　　　　　　　　　　　　　　s/ Nancy G. Edmunds
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

The undersigned approve and stipulate to entry of the foregoing Order:

| | |
|---|---|
| */s/ Rex C. Anderson*<br>Rex C. Anderson (P47068)<br>Attorney for Plaintiff<br>Rex Anderson, P.C.<br>9459 Lapeer Rd., Ste 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | */s/ Neno Nastevski w/ consent*<br>Neno Nastevski, Vice President<br>Atlantic Recovery Solutions LLC<br>275 Northpointe, Ste. 80<br>Amherst, NY 14226<br>(716) 829-1862<br>nnastevski@atlanticrecoverysolutions.com |